B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Central District of California

In re  RAMIRO RAMIREZ                ,                     Case No.  11-18059

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| DTA Solutions LLC | Greenwich Investors, XXXIII, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  8313 Whitley Rd. Suite A
  Watauga, TX 76148

Court Claim # (if known):  06
Amount of Claim:  $37,080.44
Date Claim Filed:  06/24/2011

Phone:  (866) 814-3112
Last Four Digits of Acct #:  0845.

Phone:  (800) 365-7107
Last Four Digits of Acct. #:  0845

Name and Address where transferee payments should be sent (if different from above):
  2975 Regent Blvd. Lockbox 202166
  Irving, TX 75063

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/                                              Date:  09/23/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.